## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SODEXHO, INC.                                    )
9801 Washingtonian Blvd.                         )
Gaithersburg, MD 20878                           )
                                                 )
        Plaintiff,       )
                                                 )
        v.               )
                                                 )
                                                 )
DIVERSIFIED MOBILITY, INC.,                      )
d/b/a CATERING PARTNERS                           )
200 2ND Avenue South                        )
Suite 143                                        )
St. Petersburg, FL 33701                         )
                                                 )
        Defendant.       )
_____          )

## COMPLAINT AND JURY DEMAND

Sodexho, Inc. ("Sodexho" or "plaintiff"), by its counsel, brings this complaint against Diversified Mobility, Inc. d/b/a Catering Partners ("Catering Partners" or "defendant") and states as follows:

## PRELIMINARY STATEMENT

1.    This is a breach of contract action for compensatory damages and other appropriate relief. Sodexho is in the business of providing food and facilities management services. In August 2003, Sodexho entered into a written contract with defendant to provide prepared food goods to it in the District of Columbia, which defendant would resell to its client in the District of Columbia. While plaintiff performed all of its contractual obligations, defendant paid only a portion of the compensation due plaintiff under the contract. In this action, plaintiff seeks to recover the money owed it by defendant.

## JURISDICTION

2.      The Court has jurisdiction over this action under 28 U.S.C. § 1332 (a)(1) in that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and there is diversity of citizenship among the parties.

3.      Personal jurisdiction is proper over defendant under District of Columbia Code § 13-423 in that at all relevant times, the defendant has transacted business in the District of Columbia, contracted to supply goods or services in the District of Columbia, and caused an injury in the District of Columbia.

## VENUE

4.      Venue is proper in this district under 28 U.S.C. § 1391 (a)(2) in that the claims arose in this district.

## PARTIES

5.      Plaintiff Sodexho is a Delaware corporation with its principal place of business in Gaithersburg, Maryland. Sodexho is authorized to transact business in the District of Columbia.

6.      Defendant Diversified Mobility Inc. is a Florida corporation. On information and belief, its principal place of business is in St. Petersburg, Florida. On information and belief, defendant is not authorized to transact business in the District of Columbia.

7.      Defendant does business under the name of Catering Partners.

8.      At all times relevant to this litigation, defendant, operating as Catering Partners, has transacted business in the District of Columbia.

9.      At all times relevant to this litigation, defendant, operating as Catering Partners, has contracted to supply services in the District of Columbia.

## BREACH OF CONTRACT

10.     Plaintiff realleges and incorporates herein by reference the allegations set forth in paragraphs 1-9, as though fully set forth herein.

11.     On or about August 26, 2003, Sodexho entered into a contract, *via* a letter agreement, with defendant to provide prepared food goods to defendant ("the Agreement") for defendant to sell to its client in the District of Columbia.

12.     Defendant intended to, and in fact did, sell the Sodexho-prepared food goods to a client that is located in the District of Columbia, which is Rock Creek Academy.

13.     Sodexho prepared the food goods it sold to Catering Partners on the premises of the University of the District of Columbia. Sodexho later prepared food for defendant at Catholic University, a move that did not affect its services to defendant. It continued to provide prepared food, and defendant continued to accept and sell that food to its client in the District of Columbia.

14.     Under the Agreement between plaintiff and defendant, defendant agreed to compensate plaintiff for its services by paying plaintiff 170 percent of the food costs of the daily services, which was calculated based on the average cost per meal prepared.

15.     Sodexho performed the Agreement by providing prepared food goods to defendant on a daily basis from about September 2003 through about December 2004.

16.     Defendant breached the Agreement when it failed to compensate Sodexho fully for the services it rendered to defendant.

17.     As a direct result of defendant's breach of the Agreement, plaintiff has been damaged in the amount of at least $178,515.04.

18.    On many occasions, including March 16, 2005, May 17, 2005, August 22, 2005, August 31, 2005, and February 6, 2006, Sodexho demanded that defendant pay it the money due it. Defendant has failed to do so.

19.    Plaintiff has performed all conditions precedent that entitle it to the relief sought herein.

### JURY DEMAND

Plaintiff demands a jury trial.

### PRAYER FOR RELIEF

WHEREFORE, Sodexho asks that the Court grant it the following relief:

1.    An award of damages caused by defendant's breach of the Agreement of at least $178,515.04;

2.    An award of pre- and post-judgment interest and Plaintiff's cost, and

3.    All other relief that the Court deems just and proper.


Respectfully Submitted,


Devarieste Curry, # 384621
The Curry Law Firm, PLLC
One Massachusetts Avenue
Suite 800
Washington, D.C. 20001-0014

202-842-8650
202-842-7612 (facsimile)
dcurry@dcurrylaw.com

Dated:  July 17, 2006

4