CO-386-online
10/03

# United States District Court
# For the District of Columbia

SODEXHO, INC.                                         )
9801 Washingtonian Blvd.                              )
Gaithersburg, MD 20878                                )
                                                      )
                                                      )
                    VS       Plaintiff                )    Civil Action No._____
                                                      )
DIVERSIFIED MOBILITY, INC.                            )
d/b/a CATERING PARTNERS                               )
200 2nd Avenue South                                  )
Suite 143                                             )
St. Petersburg, FL 22701                              )
                             Defendant                )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  **Devarieste Curry**  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  **Sodexho, Inc.**  which have any outstanding securities in the hands of the public:

Sodexho Alliance, S.A.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Devarieste Curry_
Signature

384621
BAR IDENTIFICATION NO.

Devarieste Curry, The Curry Law Firm, PLLC
Print Name

One Massachusetts Avenue, NW, Suite 800
Address

Washington,   D.C.          20001-1401
City          State         Zip Code

202-842-8650
Phone Number