# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of District of Columbia

Case Number: 1:06CV01269

Plaintiff:
**SODEXHO INC**
vs.
Defendant:
**DIVERSIFIED MOBILITY INC D/B/A CATERING PARTNERS**

For: Devarieste Curry
THE CURRY LAW FIRM, LLC

Received by EAGLE LEGAL SERVICES, INC. on the 18th day of July, 2006 at 4:14 pm to be served on **DIVERSIFIED MOBILITY INC, D/B/A CATERING PARTNERS, C/O EUGENE BENNINGTON, 1705 SW 15TH PLACE, CAPE CORAL, FLORIDA 33991**. I, Raymond V. Laakso, being duly sworn, depose and say that on the 24th day of July, 2006 at 1:20 p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT AND JURY DEMAND** in accordance with state statutes in the manner marked below:

( ) **PUBLIC AGENCY:** By serving _____ as _____ of the within-named agency.

( ) **SUBSTITUTE SERVICE:** By serving _____ as _____.

(✓) **CORPORATE SERVICE:** By serving Eugene Bennington as Registered Agent.

( ) **OTHER SERVICE:** As described in the Comments below by serving _____ as _____.

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:** _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 28th day of July, 2006 by the affiant who is personally known ✓ or produced identification ____ to me. Type of identification:

_____
NOTARY PUBLIC

MARCIA L. MCEVERS
MY COMMISSION # DD 515428
EXPIRES: March 3, 2010
Bonded Thru Budget Notary Services

Commission Stamp/Seal

Raymond V. Laakso
PROCESS SERVER # 05-126
Appointed in accordance
with State Statutes

EAGLE LEGAL SERVICES, INC.
7611 S. Orange Blossom Trail
#155
Orlando, FL 32809
(407) 857-8380
Our Job Serial Number: 2006005457

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

Fee: $55.00

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 24th, 2006 |
| NAME OF SERVER (PRINT) Raymond V. Laakso | TITLE Lee County Sheriff Appointed Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Eugene Bennington, at 1705 SW 15th Place, Cape Coral, FL 33991

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-11-06
               Date                Signature of Server

P.O. Box 1300, Ft. Myers, FL. 33902
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Eugene Bennington*
Date 7/24/06
Time 1:20pm
Process Serv. *Raymond Laakso*

SODEXHO, INC.
9801 Washingtonian Blvd.
Gaithersburg, MD 20878

**SUMMONS IN A CIVIL CASE**

V.

DIVERSIFIED MOBILITY, INC.
d/b/a/ CATERING PARTNERS
200 2nd Avenue South
Suite 143
St. Petersburg, FL 33701

CASE NUME

CASE NUMBER   1:06CV01269

JUDGE: Royce C. Lamberth

DECK TYPE: Contract

DATE STAMP: 07/17/2006

TO: (Name and address of Defendant)

Diversified Mobility, Inc.
d/b/a Catering Partners
c/o Eugene Bennington
1705 SW 15th Place
Cape Coral, FL 33991

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Devarieste Curry
The Curry Law Firm, PLLC
One Massachusetts Avenue, NW
Suite 800
Washington, D. C. 20001-1401

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     JUL 17 2006
CLERK                         DATE

*Maureen Higgins*
(By) DEPUTY CLERK