## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SODEXHO, INC.                          )
                                       )
      Plaintiff,                 )
                                       )
      v.                         )    Civil Action No. 06-01269 (RCL)
                                       )
                                       )
DIVERSIFIED MOBILITY, INC.,            )
                                       )
      Defendant.                 )
_____)

### MOTION FOR ENTRY OF A DEFAULT

    Sodexho, Inc. ("Sodexho") hereby moves this court for entry of a default against defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedures. On September 7, 2006, the Court issued an order directing Sodexho to file a motion and "cause default to be entered by the Clerk." All conditions precedent to the entry of a default have been met, as are set out in the attached Memorandum of Points and Authorities in Support of Motion for Entry of a Default and supporting Affidavit. Upon entry of the default, Sodexho will apply for entry of a default judgment.

Respectfully Submitted,

Devarieste Curry, # 384621
The Curry Law Firm, PLLC
One Massachusetts Avenue
Suite 800
Washington, D.C. 20001-0014

202-842-8650
202-842-7612 (facsimile)
dcurry@dcurrylaw.com

Date: September 12, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SODEXHO, INC.                          )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )        Civil Action No. 06-01269 (RCL)
                                       )
                                       )
DIVERSIFIED MOBILITY, INC.,            )
                                       )
        Defendant.                     )
_____)

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENTRY OF A DEFAULT

Sodexho, Inc. ("Sodexho") hereby files this Memorandum of Points and Authorities in support of its motion for entry of a default against defendant.  In support of the motion, Sodexho states the following.

On July 17, 2006, Sodexho filed a complaint against the defendant seeking damages for breach of a written contract.  Briefly stated, Sodexho alleged that defendant, a foreign corporation, entered into a written agreement to obtain Sodexho's services in the District of Columbia, that Sodexho in fact provided services in the District of Columbia pursuant to the terms of the written agreement, and that defendant failed to compensate Sodexho for the services as promised.  The amount of damages Sodexho seeks is set forth in the complaint.  A private process server served the summons and complaint on Eugene Bennington, defendant's registered agent, on July 24, 2006.  Proof of service was filed with this Court on August 14, 2006.  Defendant's answer was due on August 14, 2006.  Defendant did not file an answer by the due date and, as of this date, has not filed an answer or otherwise defended this matter.

*See* Exhibit 1 (Affidavit of A. Young). On September 7, 2006, the Court issued an order directing Sodexho to file a motion and "cause default to be entered by the Clerk."

Sodexho's complaint was more than sufficient to put the defendant on notice of Sodexho's claim against it, and Sodexho has met all other conditions precedent to the entry of a default, including filing proof of service confirming personal service of the complaint and summons on defendant's registered agent. Given defendant's failure to answer or otherwise defend this case, it should be precluded from offering any defense at this time. Sodexho thus is entitled to entry of a default. Fed.R.Civ.Pro. 55(a); *Draisner v. Liss Realty Co.*, 211 F.2d 808, 808 (D. C. Cir. 1954), *cert. denied,* 344 U.S. 877, 75 S. Ct. 115, 99 L. Ed. 690 (1954), *cited and followed in Flynn v. Pulaski Constr. Co.*, 2006 LEXIS 1680 (D.D.C. Jan. 6, 2006); 10A Charles Alan Wright, Arthur R. Miller, & Mary Kay Kane, FEDERAL PRACTICE AND PROCEDURE § 2682 (1998)("When the prerequisites of Rule 55(a) are satisfied, an entry of default should be made by the clerk without any action being taken by the court.")(citations omitted)

For all the foregoing reasons, Sodexho respectfully petitions the Clerk of this Court to enter a default against defendant.

Respectfully Submitted,

Devarieste Curry, # 384621
The Curry Law Firm, PLLC
One Massachusetts Avenue
Suite 800
Washington, D.C. 20001-0014

202-842-8650
202-842-7612 (facsimile)
dcurry@dcurrylaw.com

Date:   September 12, 2006

2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SODEXHO, INC.<br>9801 Washingtonian Blvd.<br>Gaithersburg, MD 20878 | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 06 01269 (RCL) |
| DIVERSIFIED MOBILITY, INC.,<br>d/b/a CATERING PARTNERS<br>200 2ND Avenue South<br>Suite 143<br>St. Petersburg, FL 33701 | ) ) ) ) ) ) | |
| Defendant. | ) ) ) | |

STATE OF PENNSYLVANIA)
                                          )
COUNTY OF LEHIGH        )


## AFFIDAVIT OF CHRISTOPHER J. ELLIOTT

I, Christopher J. Elliott, do solemnly swear under oath, depose and state:

1.      I am over eighteen years old and competent to make this Affidavit.  I make this Affidavit in support of Sodexho, Inc.'s ("Sodexho") Motion for Entry of a Default in a case Sodexho has filed against Diversified Mobility, Inc., which does business as Catering Partners, to collect compensation for services rendered to Catering Partners.

2.      I am the Director of Finance of the Campus Services Division of Sodexho.  In this position, I supervise aging accounts and non-payment by clients to whom Sodexho has

**Exhibit 1**

provided services. When a client does not pay, and a matter is referred to our legal department for litigation, I am kept informed about developments and operative deadlines in pending litigation. Catering Partners is one such case. I will refer to Catering Partners as "the defendant" in this Affidavit.

3. On July 17, 2006, Sodexho, by and through its outside counsel, filed a complaint against the defendant seeking damages for breach of a written contract. Sodexho alleged that defendant, a foreign corporation, entered into a written agreement to obtain Sodexho's services in the District of Columbia, that Sodexho in fact provided services in the District of Columbia pursuant to the terms of the written agreement, and that defendant failed to compensate Sodexho for the services Sodexho rendered. Sodexho's complaint is clear as to the amount of damages it seeks. A private process server in the state of Florida personally served the summons and complaint on defendant's registered agent, Eugene Bennington, on July 24, 2006. Proof of service was filed with this Court on August 14, 2006. Defendant's answer was due on August 14, 2006. Defendant did not file an answer by the due date and as of this date, has not filed an answer or otherwise defended this matter. Defendant has not contacted Sodexho or its counsel to seek an extension of time within which to respond to the complaint or to suggest a means of resolving the matter.

4. Defendant's failure to file an answer or otherwise defend in this matter is consistent with its pattern of ignoring Sodexho's pleas for it to honor its contractual obligations. Between March 16, 2005 and February 6, 2006, Sodexho sent defendant at least five demand letters. Defendant made no payments in response to the demand letters.

2

5.    The statements made in this Affidavit are based on my personal knowledge, and I declare under penalty of perjury that each statement is true to the best of my knowledge and belief.

*Christopher J Elliott*

Christopher J. Elliott
Director of Finance, Campus Services Division,
Sodexho, Inc.

SWORN TO and SUBSCRIBED before me this _____ day of September 2006

NOTARY PUBLIC

> COMMONWEALTH OF PENNSYLVANIA
> Notarial Seal
> Diane R. Antol, Notary Public
> City of Allentown, Lehigh County
> My Commission Expires Jan. 31, 2010
> Member, Pennsylvania Association of Notaries

My Commission Expires: 1-31-2010

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, I served on defendant's registered agent a copy of each of the following: Motion for Entry of Default; Memorandum of Points and Authorities in Support of Motion for Entry of Default, with Affidavit of Christopher J. Elliott, by depositing a copy of each in the United States Mail in a properly addressed envelope with adequate postage thereon, addressed as follows:

Diversified Mobility, Inc. d/b/a Catering Partners
Eugene Bennington
1705 SW 15th Place
Cape Coral, Florida 33991

Devarieste Curry, # 384621
The Curry Law Firm, PLLC
One Massachusetts Avenue
Suite 800
Washington, D.C. 20001-0014

202-842-8650
202-842-7612 (facsimile)
dcurry@dcurrylaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 12th day of September, I served on defendant's registered agent a copy of each of the following: Motion for Entry of Default; Memorandum of Points and Authorities in Support of Motion for Entry of Default, with Affidavit of Christopher J. Elliott, by depositing a copy of each in the United States Mail in a properly addressed envelope with adequate postage thereon, addressed as follows:

Diversified Mobility, Inc. d/b/a Catering Partners
Eugene Bennington
1705 SW 15th Place
Cape Coral, Florida 33991

Devarieste Curry, # 384621
The Curry Law Firm, PLLC
One Massachusetts Avenue
Suite 800
Washington, D.C. 20001-0014

202-842-8650
202-842-7612 (facsimile)
dcurry@dcurrylaw.com