UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SODEXHO, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06 01269 (RCL) |
| ) | |
| DIVERSIFIED MOBILITY, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

WASHINGTON )
)
DISTRICT OF COLUMBIA )

### AFFIDAVIT OF DEVARIESTE CURRY

I, Devarieste Curry, do solemnly swear under oath, depose and state:

1. I am over eighteen years old and competent to make this Affidavit. I make this Affidavit pursuant to Rule 55 (a) of the Federal Rules of Civil Procedures in support of Sodexho, Inc.'s ("Sodexho") request for Entry of a Default in a case Sodexho has filed against Diversified Mobility, Inc., which does business as Catering Partners, to collect compensation for services rendered to Catering Partners.

2. I am the attorney of record in the case and, as such, am aware of the facts in this case. I will refer to Catering Partners as "the defendant" in this Affidavit.

3. On July 17, 2006, Sodexho, by and through its outside counsel, filed a complaint against the defendant seeking damages for breach of a written contract. Sodexho alleged that defendant, a foreign corporation, entered into a written agreement to obtain

Sodexho's services in the District of Columbia, that Sodexho in fact provided services in the District of Columbia pursuant to the terms of the written agreement, and that defendant failed to compensate Sodexho for the services Sodexho rendered. Sodexho's complaint is clear as to the amount of damages it seeks. A private process server in the state of Florida personally served the summons and complaint on defendant's registered agent, Eugene Bennington, on July 24, 2006. Proof of service was filed with this Court on August 14, 2006. Defendant's answer was due on August 14, 2006. Defendant did not file an answer by the due date and as of this date, has not filed an answer or otherwise defended this matter. Defendant has not contacted Sodexho or its counsel to seek an extension of time within which to respond to the complaint or to suggest a means of resolving the matter.

4. Defendant's failure to file an answer or otherwise defend in this matter is consistent with its pattern of ignoring Sodexho's pleas for it to honor its contractual obligations. Between March 16, 2005 and February 6, 2006, Sodexho sent defendant at least five demand letters. Defendant made no payments in response to the demand letters.

5. On September 7, 2006, the Court issued an order directing Sodexho to "cause default to be entered by the Clerk."

6. The statements made in this Affidavit are based on my personal knowledge, and I declare under penalty of perjury that each statement is true to the best of my knowledge and belief.

*Devarieste Curry*
Devarieste Curry

2

SWORN TO and SUBSCRIBED before me this ___13th___ day of September 2006

_____
NOTARY PUBIC

My Commission Expires: __11-14-07__