Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SODEXHO, INC.

    Plaintiff(s)

Civil Action No. 06-1269 (RCL)

V.

DIVERSIFIED MOBILITY, INC.

    Defendant(s)

RE: DIVERSIFIED MOBILITY, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on July 24, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 14th day of September, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
          Deputy Clerk