UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SODEXHO, INC.  )<br>  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>DIVERSIFIED MOBILITY, INC.,  )<br>  )<br>Defendant.  )<br>_____ ) | Civil Action No. 06-01269 (RCL) |

**MOTION FOR ENTRY OF A DEFAULT JUDGMENT AND AWARD OF COSTS**

Sodexho, Inc. ("Sodexho") hereby moves this Court for entry of a default judgment against defendant pursuant to Rule 55(b) of the Federal Rules of Civil Procedures and an award of the costs incurred in filing and pursuing this lawsuit pursuant to Rules 55(b) and 54(c) of the Federal Rules of Civil Procedure. On September 7, 2006, the Court issued an order directing Sodexho to file a motion and "cause default to be entered by the Clerk and apply for entry of judgment thereon, or show cause why a motion for default judgment has not been filed." The Clerk entered a default on September 14, 2006.

Respectfully Submitted,

_Devarieste Curry_
Devarieste Curry, # 384621
The Curry Law Firm, PLLC
One Massachusetts Avenue
Suite 800
Washington, D.C. 20001-0014

202-842-8650
202-842-7612 (facsimile)
dcurry@dcurrylaw.com

Date: September 15, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SODEXHO, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>DIVERSIFIED MOBILITY, INC., )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-01269 (RCL) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION
FOR ENTRY OF A DEFAULT JUDGMENT AND AWARD OF COSTS**

Sodexho, Inc. ("Sodexho") hereby files this Memorandum of Points and Authorities in support of its motion for entry of a default judgment against defendant and an award of the costs incurred in filing and pursuing this lawsuit. In support of the motion, Sodexho states the following.

On July 17, 2006, Sodexho filed a complaint against the defendant seeking damages for breach of a written contract. A private process server served the summons and complaint on Eugene Bennington, defendant's registered agent, on July 24, 2006. Proof of service was filed with this Court on August 14, 2006. Defendant's answer was due on August 14, 2006. Defendant did not file an answer by the due date and, on September 7, 2006, the Court issued an order directing Sodexho to file a motion and "cause default to be entered by the Clerk and apply for entry of judgment thereon, or show cause why a motion for default judgment has not been filed." The Clerk entered a default on September 14, 2006.

Sodexho's claim is for a sum certain, as reflected in its complaint. *See* Exhibit 1 (Affidavit of Christopher J. Elliott). Sodexho thus is entitled to entry of a default judgment. Fed.R.Civ.Pro. 55(b); *Draisner v. Liss Realty Co.*, 211 F.2d 808, 808 (D. C. Cir. 1954), *cert. denied*, 344 U.S. 877, 75 S. Ct. 115, 99 L. Ed. 690 (1954); 10A Charles Alan Wright, Arthur R. Miller, & Mary Kay Kane, FEDERAL PRACTICE AND PROCEDURE § 2683 (1998) (citations omitted).

In pursuing this claim against defendant, Sodexho has incurred costs of $476.45, as detailed in Exhibit 1, and seeks an award of those costs pursuant to Rule 54 (d) of the Federal Rules of Civil Procedures. *See also* 28 U.S. C. 1920.

For all the foregoing reasons, Sodexho respectfully petitions the Court to enter a default judgment against defendant and to award costs of $476.45.

Respectfully Submitted,

Devarieste Curry, # 384621
The Curry Law Firm, PLLC
One Massachusetts Avenue
Suite 800
Washington, D.C. 20001-0014

202-842-8650
202-842-7612 (facsimile)
dcurry@dcurrylaw.com

Dated: September 15, 2006

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, I served on defendant's registered agent a copy of the following: Motion for Entry of A Default Judgment and Award of Costs; Memorandum of Points and Authorities in Support of Motion for Entry of A Default Judgment and Award of Costs; Supporting Affidavits by Christopher J. Elliott and Devarieste Curry by depositing a copy of each in the United States Mail in a properly addressed envelope with adequate postage thereon, addressed as follows:

Diversified Mobility, Inc. d/b/a Catering Partners
Eugene Bennington
1705 SW 15th Place
Cape Coral, Florida 33991


Devarieste Curry, # 384621
The Curry Law Firm, PLLC
One Massachusetts Avenue
Suite 800
Washington, D.C. 20001-0014

202-842-8650
202-842-7612 (facsimile)
dcurry@dcurrylaw.com