UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SODEXHO, INC.            ) | |
|         Plaintiff,    ) | |
|         v.            ) | Civil Action No. 06-01269 (RCL) |
| DIVERSIFIED MOBILITY, INC.,   ) | |
|         Defendant.    ) | |

STATE OF PENNSYLVANIA)
                     )
COUNTY OF LEHIGH     )

### AFFIDAVIT OF CHRISTOPHER J. ELLIOTT

I, Christopher J. Elliott, do solemnly swear under oath, depose and state:

1.  I am over eighteen years old and competent to make this Affidavit. I make this Affidavit in support of Sodexho, Inc.'s ("Sodexho") Motion for Entry of a Default Judgment and Award of Costs in a case Sodexho has filed against Diversified Mobility, Inc., which does business as Catering Partners, to collect compensation for services rendered to Catering Partners.

2.  I am the Director of Finance of the Campus Services Division of Sodexho. In this position, I supervise aging accounts and non-payment by Campus Services Division clients to whom Sodexho has provided services. As such, I am aware of which clients have not compensated Sodexho for services and of the amount each client owes.

Exhibit 1

3. The defendant in this case owes Sodexho $178,515.04 for services provided, the amount Sodexho demanded as damages in its complaint. Sodexho seeks a judgment for that amount.

4. In filing this lawsuit to collect the amount defendant owes it, Sodexho has incurred costs of $476.45, as follows: $350.00 fee for filing the lawsuit; $71.91 process server fee ($55.00 fee to the process server and $16.91 fee for overnight courier delivery to the process server); $28.74 messenger service for filing lawsuit; and $25.80 for photocopies of documents used in the case. The above-mentioned costs are in addition to the attorneys' fees Sodexho has incurred.

5. The statements made in this Affidavit are based on my personal knowledge, and I declare under penalty of perjury that each statement is true to the best of my knowledge and belief.

*Christopher J. Elliott*
Christopher J. Elliott
Director of Finance, Campus Services Division,
Sodexho, Inc.

SWORN TO and SUBSCRIBED before me this 13 day of September 2006

NOTARY

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Diane R. Antol, Notary Public
City of Allentown, Lehigh County
My Commission Expires Jan. 31, 2010

Member, Pennsylvania Association of Notaries

My Commission Expires: 1-31-2010

2