UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SODEXHO, INC.<br>9801 Washingtonian Blvd.<br>Gaithersburg, MD 20878<br><br>      Plaintiff,<br><br>      v.<br><br>DIVERSIFIED MOBILITY, INC.,<br>d/b/a CATERING PARTNERS<br>200 2ND Avenue South<br>Suite 143<br>St. Petersburg, FL 33701<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF FILING**

Sodexho, Inc. hereby informs the Court that it is filing in this case this day an original and one copy and a floppy disk of following:

1. Complaint and Jury Demand;

2. Civil Cover Sheet;

3. Summons;

4. Certificate Rule LCvR 7.1;

5. Attorney Certification; and

6. Notice of Filing

**[The Next Page is the Signature Page]**

        Respectfully Submitted,

        */s/ Devarieste Curry*
        Devarieste Curry, # 384621
        The Curry Law Firm, PLLC
        One Massachusetts Avenue
        Suite 800
        Washington, D.C. 20001-0014

        202-842-8650
        202-842-7612 (facsimile)
        dcurry@dcurrylaw.com

Dated: July 17, 2006