UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SODEXHO, INC.                              )
                                           )
                                           )
       Plaintiff,                          )
                                           )
       v.                                  )   Civil Action No. 06-01269 (RCL)
                                           )
                                           )
DIVERSIFIED MOBILITY, INC.,                )
  d/b/a Catering Partners                  )
                                           )
       Defendant.                          )
                                           )

## NOTICE OF FILING

Sodexho, Inc. hereby notifies the Court that on this day it is filing a proposed judgment to be entered as a default judgment against defendant Diversified Mobility, Inc., d/b/a Catering Partners.

 

Respectfully Submitted,

*/s/ Devarieste Curry*

Devarieste Curry, # 384621
The Curry Law Firm, PLLC
One Massachusetts Avenue
Suite 800
Washington, D.C. 20001-0014

202-842-8650
202-842-7612 (facsimile)
dcurry@dcurrylaw.com

Dated: September 20, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September 2006, I served on defendant's registered agent a copy of the following: Notice of Filing and proposed Judgment by depositing a copy of each in the United States Mail in a properly addressed envelope with adequate postage thereon, addressed as follows:

>Diversified Mobility, Inc. d/b/a Catering Partners
>Eugene Bennington
>1705 SW 15th Place
>Cape Coral, Florida 33991

*/s/ Devarieste Curry*
Devarieste Curry, # 384621
The Curry Law Firm, PLLC
One Massachusetts Avenue
Suite 800
Washington, D.C. 20001-0014

202-842-8650
202-842-7612 (facsimile)
dcurry@dcurrylaw.com