UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SODEXHO, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-01269 (RCL) |
| | ) |
| DIVERSIFIED MOBILITY, INC., | ) |
| d/b/a Catering Partners | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

This matter came before the Court on plaintiff's motion for a default judgment against defendant on a claim for breach of a written contract. Plaintiff established by Affidavit of the Director of Finance, Campus Services Division of Sodexho, Incorporated that defendant owes plaintiff the sum of $178,515.04 for services provided to defendant for which defendant never compensated plaintiff. Plaintiff also established by Affidavit that, in pursuing this claim against defendant, it incurred costs of $476.45, which are taxable costs under Rule 54(c) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920.

Accordingly, upon consideration of plaintiff's motion for a default judgment and an award of costs, and any opposition thereto, it is this _____ day of September 2006,

ORDERED that the Motion be, and the same hereby is, GRANTED, and it is further

ORDERED that a default judgment is entered against defendant Diversified Mobility, Inc., d/b/a Catering Partners in the amount of $178,515.04 as damages, and it is further

ORDERED that costs are awarded to plaintiff in the amount of $476.45.

SO ORDERED this _____ day of September 2006.

_____
Royce C. Lamberth
United States District Court Judge

A copy of the Judgment should be sent to each of the following:

Devarieste Curry, Esq.
The Curry Law Firm, PLLC
One Massachusetts Avenue, N. W.
Suite 800
Washington, D.C. 20001

202-842-7612 (facsimile)
dcurry@dcurrylaw.com

Counsel for Plaintiffs

Eugene Bennington
Diversified Mobility, Inc. d/b/a Catering Partners
1705 SW 15th Place
Cape Coral, Florida 33991

Defendant