UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SODEXHO, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil No. 06-1269 (RCL)<br>**DIVERSIFIED MOBILITY, INC.,** )<br>d/b/a Catering Partners, )<br>)<br>Defendant. )<br>) | |

## JUDGMENT

This matter came before the Court on plaintiff's motion for a default judgment against defendant on a claim for breach of a written contract. Plaintiff established by Affidavit of the Director of Finance, Campus Services Division of Sodexho, Incorporated that defendant owes plaintiff the sum of $178,515.04 for services provided to defendant for which defendant never compensated plaintiff. Plaintiff also established by Affidavit that, in pursuing this claim against defendant, it incurred costs of $476.45, which are taxable costs under Rule 54(c) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920.

Accordingly, upon consideration of plaintiff's motion for a default judgment and an award of costs, and any opposition thereto, it is hereby

ORDERED that the Motion [9] is GRANTED; it is further

ORDERED that a default judgment is entered against defendant Diversified Mobility, Inc., d/b/a Catering Partners in the amount of $178,515.04 as damages; and it is further

ORDERED that costs are awarded to plaintiff in the amount of $476.45.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 9, 2006.